Huerta (SBN: 229070)
nhuerta@lockelord.com
Deleyla A. Lawrence (SBN: 284562)
deleyla.lawrence@lockelord.com
LOCKE LORD LLP
300 South Grand Avenue, Suite 2600
Los Angeles, California 90071
Telephone: 213-485-1500
Facsimile: 213-485-1200

Attorneys for Defendant
CITIMORTGAGE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE L. JOHNSON-BURNETT, an individual<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE INC.; NBS DEFAULT SERVICES LLC TRUSTEES<br><br>Defendants. | CASE NO. 2:16-cv-03072-R-(ASx)<br><br>**JUDGMENT**<br><br>[Removed from Superior Court of California, County of Los Angeles – Case No. VC065416]<br><br>Complaint Filed: March 15, 2016 |

1
JUDGMENT

On August 3, 2016, this Court entered an order granting the Motion to Dismiss filed by Defendant CitiMortgage, Inc. ("Defendant") as to Plaintiff Michele L. Johnson-Burnett's ("Plaintiff") First Amended Complaint in its entirety. Dkt. 14.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice. It is further ordered that judgment be entered in favor of Defendant and against Plaintiff as to each and every cause of action in this matter, and that Plaintiff take nothing by way of her claims against Defendant.

IT IS SO ORDERED.

Dated: August 16, 2016  _____
Hon. Manuel L. Real
UNITED STATES DISTRICT JUDGE