**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE L. JOHNSON-BURNETT, | Case No.  CV-16-3072-R |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION** |
| CITIMORTGAGE, INC., et al. | |
| Defendant(s). | |

    Plaintiff was ordered to show cause in writing no later than **September 19, 2016** why this action should not be dismissed for lack of prosecution as to Defendant NBS Default Services LLC. Plaintiff was ordered to file a request for entry of default as an appropriate response. In response, Plaintiff submitted a document entitled "Plaintiff's Answer to Order to Show Cause Filed on 09/12/2016 Submitted on 09/19/2016"; however, Plaintiff's response fails to appropriately respond to the Court's Order.

    WHEREAS, the time the Court provided has elapsed and Defendant NBS Default! Services LLC. is the only remaining defendant in this matter.

    The Court hereby DISMISSES this instant action for lack of prosecution.

Dated: September 20, 2016

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE